UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JEFFREY THEN, and
ARIEL CRUZ

Defendants.

26-CR-433 (DEH)

SCHEDULING ORDER

DALE E. HO, United States District Judge:

It is hereby ORDERED that the parties appear for an arraignment and pretrial conference with the Court on October 1, 2026, at 10:30 a.m., in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: September 22, 2026
New York, New York

DALE E. HO
United States District Judge