UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JEFFREY THEN,
ARIEL CRUZ, and
FRAILYN CASTILLO BRITO,

Defendants.

S1 26-CR-433 (DEH)

SCHEDULING ORDER

DALE E. HO, United States District Judge:

It is hereby ORDERED that the parties appear for an arraignment and pretrial conference with the Court on **Friday, November 20, 2026**, at **12:30 p.m.**, in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: November 6, 2026
New York, New York

DALE E. HO
United States District Judge